# EXHIBIT "1"

## EXHIBIT "1"
### as of August 13, 2019

| Principal Remaining | Interest Due | Default Interest | Section 1.3 Authorized Shares Penalty | Section 1.4 (g) Sub-Penny / Market Loss Penalty | Maturity Date Penalty | Section 3.9, 3.10 and/or 3.19 after 6 months Penalty | Section 3.10 Penalty (150%) | Section 3.2 Penalty (200%) | TOTAL BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|
| $ 725,000.00 | $ 43,142.47 | $ 105,056.64 | $ - | $ - | $ - | $ - | $ - | $ 768,142.47 | $ 1,641,341.58 |

| Company | Redwood Scientific Technologies, Inc |
|---|---|
| Note | REAC #2 |
| Issue Date | 7/18/2018 |
| Default Date | 1/17/2019 |
| Maturity Date | 7/18/2019 |
| Interest Rate | 12% |
| Default Rate | 24% |

**Interest Calculation**

Accrued Interest: 7/20/18 - 1/17/19  181 days * 12%/365 * $725,000 = $43,142.47

Default Interest: 1/17/19 - 8/13/19  208 days * 24%/365 * ($725,000 + $43,142.47) = $105,056.64

**Further Penalties**

Section 3.2: ($725,000 + $43,142.47) * 100% = $768,142.47