```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| AUCTUS FUND, LLC,          )<br>    Plaintiff,             )<br>                            )<br>         v.                 )    C.A. No. 1:19-12138-MLW<br>                            )<br>                            )<br>REDWOOD SCIENTIFIC         )<br>TECHNOLOGIES, INC., et al. )<br>    Defendants.             )<br>                            ) | |

                            ORDER

WOLF, D.J.                                    March 6, 2023

On January 5, 2023, the Magistrate Judge issued a Report and Recommendation (Dkt. No. 51) (the "Report") concerning plaintiff Auctus Fund, LLC's motions for voluntary dismissal without prejudice as to all parties pursuant to Fed. R. Civ. P. 41(a)(2) (Dkt. Nos. 46 & 49) (the "Motions"). No objections were filed by any party. The court has reviewed the Report and finds that it is thorough, thoughtful, and persuasive. Accordingly, the court is adopting it in full and incorporating it into this Order. See Exhibit A.

Therefore, it is hereby ORDERED that:

1.   The attached Report and Recommendation (Dkt. No. 51) is ADOPTED and INCORPORATED pursuant to 28 U.S.C. §636(b)(1)(C).

2.   Plaintiff's First Rule 41(a)(2) motion (Dkt. No. 46) is ALLOWED as to Redwood Delaware, Redwood California, Jason Cardiff,

and Eunjung Cardiff. Plaintiff's second Rule 41(a)(2) motion (Dkt. No. 49) is ALLOWED as to Danielle Cadiz. Therefore, this action is dismissed in its entirety, without prejudice.

_____
UNITED STATES DISTRICT JUDGE